# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FRANDER SIFREDO SALGUERO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOE SULLIVAN, WARDEN,<br><br>　　　　Respondent. | CASE NO. CV 19-07414-CJC (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 10, 2020.

　　　　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES
　　　　　　　　　　　　　　　　　　DISTRICT JUDGE